IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00411-RPM

NICOLE RULLET and
CHRIS RULLET,

       Plaintiffs,
v.

TARGET CORPORATION,

       Defendant.
_____

ORDER GRANTING MOTION TO AMEND COMPLAINT
_____

       Upon review of Plaintiffs' Unopposed Motion for Leave to Amend Complaint [12], it is

       ORDERED that the motion is granted and the amended complaint tendered as

Document 13 is accepted for filing.

       Dated: May 1st, 2013

                                               BY THE COURT:

                                               s/Richard P. Matsch
                                               _____
                                               Richard P. Matsch, Senior District Judge