IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00411-RPM

NICOLE RULLET and
CHRIS RULLET,

       Plaintiffs,

v.

TARGET CORPORATION and
PACIFIC CYCLE INC.,

       Defendants.

---

ORDER GRANTING MOTION TO OBTAIN INDEPENDENT MEDICAL EXAMINATION(S) AND EXCHANGE REPORTS AFTER THE DISCOVERY CUTOFF

---

Upon consideration of Defendant Target's unopposed motion to obtain independent medical examination(s) and exchange repots after the discovery cutoff [30], it is

ORDERED that the motion is granted.

Dated: January 16th, 2014

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior District Judge