IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00411-RPM

NICOLE RULLET and
CHRIS RULLET,

       Plaintiffs,

v.

TARGET CORPORATION and
PACIFIC CYCLE INC.,

       Defendants.

---

## ORDER OF DISMISSAL

---

Pursuant to the Stipulated Motion to Dismiss with Prejudice, [36] filed March 12, 2014, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own costs and expenses.

Dated: March 13th, 2014

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge